■ In the Matter of TODD B., a Person Alleged to be a Juvenile Delinquent. (Appeal No. 1.)—Appeal unanimously dismissed without costs (see, Matter of Eric D. [appeal No. 1], 162 AD2d 1051; 10 Carmody-Wait 2d, NY Prac § 70:28). (Appeal from Order of Erie County Family Court, Griffith, J.—Juvenile Delinquency.) Present—Denman, P. J., Pine, Balio, Fallon and Davis, JJ.